```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

          DEC - 5 2022

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRES OLVERA-LOPEZ,<br><br>    Defendant. | 2:22-mj-00924-BNW<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order, unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Las Vegas, Nevada.

DATED this 5th day of December, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE