RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Andres Olvera-Lopez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDRES OLVERA-LOPEZ,<br><br>　　　　　　　Defendant. | Case No. 2:22-mj-00924-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Andres Olvera-Lopez, that the Preliminary Hearing currently scheduled on March 21, 2023, be vacated and continued to a date and time after March 27, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defendant has a hearing for Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea and Sentencing scheduled for March 27, 2023.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1 | This is the second request for a continuance of the preliminary hearing.

2 | DATED this 17th day of March, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

| By /s/ Joy Chen | By /s/ Edward G. Veronda |
| JOY CHEN | EDWARD G. VERONDA |
| Assistant Federal Public Defender | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANDRES OLVERA-LOPEZ,<br><br>           Defendant. | Case No. 2:22-mj-00924-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, March 21, 2023 at 2:00 p.m., be vacated and continued to March 31, 2023 at 3:00 p.m.

DATED: March 17, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3